# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3499
_____

JPM OUTLOOK ONE LIMITED
PARTNERSHIP and GRANDE PARK
LIMITED PARTNERSHIP,

    Appellants,

    v.

FLORIDA HOUSING FINANCE
CORPORATION and HTG
HAMMOCK RIDGE II, LLC,

    Appellees.

_____


On appeal from the Florida Housing Finance Corporation.

June 13, 2018


PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Kimberly A. Ashby of Foley & Lardner LLP, Orlando, for Appellants.

Chris McGuire, Assistant General Counsel, Tallahassee, for Appellee Florida Housing Finance Corporation.

Maureen McCarthy Daughton of Maureen McCarthy Daughton, LLC, Tallahassee, for Appellee HTG Hammock Ridge II, LLC.